

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-92,138-01

### EX PARTE JACOB JOEL RAMIREZ, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. A13722-1 IN THE 216TH DISTRICT COURT
### FROM KERR COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of aggravated assault and sentenced to 7 years' imprisonment. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

On February 10, 2021, we remanded this application to the trial court for findings of fact and conclusions of law addressing Applicant's allegation that he had not received a parole revocation hearing within 41 days or within a reasonable time after the parole warrant was executed.

On March 25, 2021, Applicant filed a motion to dismiss as moot, stating that he had received the revocation hearing.

We grant the motion to dismiss, withdraw the remand order, and dismiss the application as

moot.

Filed: April 21, 2021
Do not publish